UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GUTHRIE MICHAEL NANCE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IRA E. CLARK DETECTIVE AGENCY, )<br>INC., )<br>)<br>Defendant. ) | 3:15-cv-00073-RLY-MPB |

## FINAL JUDGMENT

The court has granted Defendant's Motion for Summary Judgment. All issues having been finally resolved, the court now enters final judgment in favor of Defendant and against the Plaintiff, Guthrie Michael Nance.

**SO ORDERED** this 14th day of February 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.